Case 7:08-cv-06025-GAY Document 17 Filed 08/14/09 Page 1 of 2

PREET BHARARA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-2712
Facsimile: (212) 637-2750
E-mail: john.gura@usdoj.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARESA WRIGHT and GREGORY WRIGHT,

           Plaintiffs,

    v.

UNITED STATES OF AMERICA and,

           Defendants.
------------------------------------------------------------x

ECF Case

No. 08 Civ. 6025 (VM)

**AMENDED
SCHEDULING ORDER**

       Plaintiffs Maresa Wright and Gregory Wright ("plaintiffs") and defendants United States of America, and the Cherokee 8A Group, Inc., hereby submit this proposed amended scheduling order.

       (1)     Plaintiffs seeks money damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 1402(b), 2401(b), 2671-2680, for personal injuries allegedly sustained by Maresa Wright as a result of an incident which took place at the United States Military Academy, West Point, New York.

       (2)     The parties propose the following amended schedule for discovery in this matter:

           (a)     **November 16, 2009**: Deadline for fact discovery;

           (b)     **December 18, 2009**: Deadline for plaintiffs' expert disclosures;

    (c)    **January 26, 2010**: Deadline defendants' expert disclosures;

    (d)    **March 9, 2010**: Deadline for all discovery, including depositions of any experts;

    (e)    **April 19, 2009**: Deadline for dispositive motions.

(3)    This Scheduling Order may be altered or amended only on a showing of good cause or when justice so requires.

SO ORDERED.

Dated: New York, New York
       August _13_, 2009

_/s/ Victor Marrero_
HON. VICTOR MARRERO
United States District Judge